UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
SUBRANNI ZAUBER, LLC
1624 Pacific Avenue
Atlantic City, New Jersey  08401
PH: (609) 347-7000; FAX: (609) 345-4545
Attorneys for Debtors

In Re:

    Walter Coleman
       Debtor

Case No.: ___18-16446-ABA___

Judge: ___Altenburg, Jr.___

Chapter:     13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.   ☒ Motion for Relief from the Automatic Stay filed by ___Toyota Motor Credit___ ,
creditor,

A hearing has been scheduled for ___September 18, 2018___ , at _10:00AM_ .

☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____ , at _____.

☐ Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.

2.   I oppose the above matter for the following reasons **(choose one)**:

☐ Payments have been made in the amount of $ _____ , but have not
been accounted for.  Documentation in support is attached.

☐  Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:

☒  Other **(explain your answer)**:
Debtor made a payment of $1,300.00 on September 9, 2018.
Debtor will resume regular monthly payments October 2018.

3.    This certification is being made in an effort to resolve the issues raised in the certification

of default or motion.

4.    I certify under penalty of perjury that the above is true.

Date: _9/11/2018_____                          _/s/ Walter Coleman_____
                                                        Debtor's Signature

Date: _____                          _____
                                                        Debtor's Signature

**NOTES:**

1.    Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
      13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
      opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
      Dismiss.

2.    Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
      Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
      Default.

*rev.8/1/15*