STEVEN P. KELLY, ESQ.
STERN & EISENBERG, PC
1040 N. KINGS HIGHWAY, SUITE 407
CHERRY HILL, NJ 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

**Order Filed on November 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
### (CAMDEN)

| IN RE:<br><br>WALTER COLEMAN<br>DEBTOR | CHAPTER 13<br><br>CASE NUMBER: 18-16446-ABA<br><br>HEARING: **NOVEMBER 6, 2018 AT 10:00 AM**<br><br>JUDGE: ANDREW B. ALTENBURG JR. |
|---|---|

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ***ORDERED.***

**DATED: November 6, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(page 2)
Debtor: Walter Coleman

Case Number: 18-16446-ABA

Caption of Order: Order Granting Relief from the Automatic Stay (and other relief)

    Upon the Motion for Relief of U.S. Bank National Association, as Trustee under Pooling and Servicing Agreement dated as of September 1, 2006 MASTR Asset-Backed Securities Trust 2006-NC2 Mortgage Pass-Through Certificates, Series 2006-NC2 from the Automatic Stay under 11 U.S.C. § 362(d) With Respect to Real Property located at 126 Ontario Avenue, Egg Harbor Township, NJ 08234 through its Counsel Stern & Eisenberg, PC, attorneys for secured creditor, and for cause shown, it is:

    ORDERED that the Automatic Stay of all proceedings, as provided under 11 U.S.C. §362, is modified and annulled to allow Movant (and any assignee/successor-in-interest) to proceed with its state court remedies under state and federal law, including but not limited to a possessory action regarding the Property located at 126 Ontario Avenue, Egg Harbor Township, NJ 08234 ("Property").

    It is further ORDERED that the Automatic Stay (under 11 USC §362) with regard to the Property shall not arise as to Movant and any assignee/successor-in-interest in this Bankruptcy or any other Bankruptcy filed by the Debtor.

    It is further ORDERED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

    Movant shall serve this Order on the Debtor, any trustee and any other party who entered an appearance on the motion.