Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

_____

Case No.:  18−16446−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Walter Coleman
    126 Ontario Ave
    Egg Harbor Township, NJ 08234−4929

Social Security No.:
    xxx−xx−6721

Employer's Tax I.D. No.:

_____

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr.
on:

Date:        12/13/18
Time:        02:00 PM
Location:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ
08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

_____

APPLICANT(S)
Jeanie D. Wiesner, Debtor's Attorney

COMMISSION OR FEES
$1,700.00

EXPENSES
$235.00

_____

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for
compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the
scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: November 6, 2018
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Walter Coleman
　　　Debtor

Case No. 18-16446-ABA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1　　　　User: admin　　　　Page 1 of 2　　　　Date Rcvd: Nov 06, 2018
　　　　　　　　　　　　　Form ID: 137　　　　Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2018.
```
db             Walter Coleman,    126 Ontario Ave,    Egg Harbor Township, NJ  08234-4929
cr            +US Bank National Association,    Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Ave.suite # 100,    Boca Raton, FL 33487-2853
517429800     +Debt Recovery Solution,    6800 Jericho Tpke Ste 113F,    Syosset, NY 11791-4401
517429801     +GM Financial,    P.O. Box 181145,    Arlington, TX 76096-1145
517584131     +METRIS / DIRECT MERCHANTS,    WILLIAMSON AND BROWN, LLC,    4691 CLIFTON PKWY,
               HAMBURG, NY 14075-3201
517429803     +OCWEN Loan Servicing,    3451 Hammond Avenue,    Waterloo, IA 50702-5345
517429804      Stern & Einseberg,    1040 Kings Hwy N Ste 40,    Cherry Hill, NJ  08034-1908
517429805     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Motor Credit Corp.,    5005 N River Blvd NE,
               Cedar Rapids, IA  52411-6634)
517523829     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517572152     +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE UNDER P,    Attn: Cashiering Department,
               1661 Worthington Road, Ste 100,    West Palm Beach, FL 33409-6493
517449993     +U.S. Bank National Association,    Robertson, Anschutz, & Schneid, P.L.,    6409 Congress Ave.,
               Suite 100,    Boca Raton, FL 33487-2853
517429806     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:  US Bank NA,    60 Livingston Ave,    Saint Paul, MN  55107-2292)
517576171      US Bank Nation Association,    PO Box 24605,    West Palm Beach, FL 33416-4605
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 06 2018 23:45:44     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 06 2018 23:45:42     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517429799     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 06 2018 23:43:50
               Capital One Bank USA N.A.,    POB 30281,    Salt Lake City, UT 84130-0281
517532785     +E-mail/Text: cio.bncmail@irs.gov Nov 06 2018 23:45:04     Department of Treasury,
               Internal Revenue Service,    P O Box 7346,    Philadelphia, PA 19101-7346
517581685      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 06 2018 23:43:30     LVNV Funding, LLC,
               c/o Resurgent Capital Services,    PO Box 10675,    Greenville, SC 29603-0675
517429807      E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 06 2018 23:44:36
               Verizon,    500 Technology Dr, Ste 300,    Weldon Spring, MO  63304-2225
                                                                             TOTAL: 6
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517429802*     Internal Revenue Service,    P.O. Box 2919236,    Kansas City, MO  64121-0000
517523831*    +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2018 at the address(es) listed below:
```
          Aleisha Candace Jennings   on behalf of Creditor   US Bank National Association
          ajennings@rasflaw.com
          Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
```

District/off: 0312-1          User: admin                Page 2 of 2              Date Rcvd: Nov 06, 2018
                             Form ID: 137                Total Noticed: 19

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Harold N. Kaplan    on behalf of Creditor   US Bank National Association hkaplan@rasnj.com,
               informationathnk@aol.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jeanie D. Wiesner    on behalf of Debtor Walter  Coleman jwiesner@subranni.com,
               ecorma@subranni.com;cwild@subranni.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Steven P. Kelly    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, as Trustee under
               Pooling and Servicing Agreement dated as of September 1, 2006 MASTR Asset-Backed Securities
               Trust 2006-NC2 Mortgage Pass-Through Certificates, Series 2 skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              Thomas J Subranni    on behalf of Debtor Walter  Coleman jwiesner@subranni.com,
               ecorma@subranni.com;dhoff@subranni.com;cwild@subranni.com;ecf@subranni.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                  TOTAL: 10