STEVEN P. KELLY, ESQ.  
STERN & EISENBERG, PC  
1040 N. KINGS HIGHWAY, SUITE 407  
CHERRY HILL, NJ 08034  
TELEPHONE: (609) 397-9200  
FACSIMILE: (856) 667-1456

Order Filed on November 6, 2018  
by Clerk  
U.S. Bankruptcy Court  
District of New Jersey

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
### (CAMDEN)

| IN RE:<br><br>WALTER COLEMAN<br>DEBTOR | CHAPTER 13<br><br>CASE NUMBER: 18-16446-ABA<br><br>HEARING: **NOVEMBER 6, 2018 AT 10:00 AM**<br><br>JUDGE: ANDREW B. ALTENBURG JR. |
|---|---|

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 6, 2018**

Honorable Andrew B. Altenburg, Jr.  
United States Bankruptcy Court

(page 2)
Debtor: Walter Coleman

Case Number: 18-16446-ABA

Caption of Order: Order Granting Relief from the Automatic Stay (and other relief)

    Upon the Motion for Relief of U.S. Bank National Association, as Trustee under Pooling and Servicing Agreement dated as of September 1, 2006 MASTR Asset-Backed Securities Trust 2006-NC2 Mortgage Pass-Through Certificates, Series 2006-NC2 from the Automatic Stay under 11 U.S.C. § 362(d) With Respect to Real Property located at 126 Ontario Avenue, Egg Harbor Township, NJ 08234 through its Counsel Stern & Eisenberg, PC, attorneys for secured creditor, and for cause shown, it is:

    ORDERED that the Automatic Stay of all proceedings, as provided under 11 U.S.C. §362, is modified and annulled to allow Movant (and any assignee/successor-in-interest) to proceed with its state court remedies under state and federal law, including but not limited to a possessory action regarding the Property located at 126 Ontario Avenue, Egg Harbor Township, NJ 08234 ("Property").

    It is further ORDERED that the Automatic Stay (under 11 USC §362) with regard to the Property shall not arise as to Movant and any assignee/successor-in-interest in this Bankruptcy or any other Bankruptcy filed by the Debtor.

    It is further ORDERED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

    Movant shall serve this Order on the Debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 18-16446-ABA
Walter Coleman                                                                                  Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1                  Date Rcvd: Nov 06, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2018.
db             Walter Coleman,    126 Ontario Ave,     Egg Harbor Township, NJ   08234-4929

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2018 at the address(es) listed below:
      Aleisha Candace Jennings    on behalf of Creditor    US Bank National Association ajennings@rasflaw.com
      Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Harold N. Kaplan    on behalf of Creditor    US Bank National Association hkaplan@rasnj.com, informationathnk@aol.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Jeanie D. Wiesner    on behalf of Debtor Walter  Coleman jwiesner@subranni.com, ecorma@subranni.com;cwild@subranni.com
      Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation rsolarz@kmllawgroup.com
      Steven P. Kelly    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, as Trustee under Pooling and Servicing Agreement dated as of September 1, 2006 MASTR Asset-Backed Securities Trust 2006-NC2 Mortgage Pass-Through Certificates, Series 2 skelly@sterneisenberg.com, bkecf@sterneisenberg.com
      Thomas J Subranni    on behalf of Debtor Walter  Coleman jwiesner@subranni.com, ecorma@subranni.com;dhoff@subranni.com;cwild@subranni.com;ecf@subranni.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                        TOTAL: 10