Case 18-16446-ABA    Doc 44-1    Filed 12/06/18    Entered 12/06/18 15:10:57    Desc
Proposed Order    Page 1 of 2

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SUBRANNI ZAUBER LLC
1624 Pacific Avenue
Atlantic City, NJ 08401
(609) 347-7000; Fax (609) 345-4545
Attorneys for Debtor(s)
By: Jeanie D. Wiesner, Esq.  JW3209
      jwiesner@subranni.com

In Re:

Walter Coleman

Order Filed on December 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: __18-16446-ABA__

Chapter: 13

Judge: __Altenburg__

---

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 13, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Jeanie D. Wiesner _____, the applicant, is allowed a fee of $ _____ 1,700.00 _____ for services rendered and expenses in the amount of $ _____ 235.00 _____ for a total of $ _____ 1,935.00 _____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*