Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                      Case No.: 18−16446−ABA
                      Chapter: 13
                      Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Walter Coleman
   126 Ontario Ave
   Egg Harbor Township, NJ 08234−4929

Social Security No.:
   xxx−xx−6721

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/10/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 10, 2019
JAN: ml

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-16446-ABA
Walter Coleman                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin          Page 1 of 2         Date Rcvd: Jan 10, 2019
                         Form ID: 148         Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2019.
```
db             Walter Coleman,    126 Ontario Ave,    Egg Harbor Township, NJ  08234-4929
cr            +US Bank National Association,    Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Ave.suite # 100,    Boca Raton, FL 33487-2853
517429800     +Debt Recovery Solution,    6800 Jericho Tpke Ste 113F,    Syosset, NY 11791-4401
517584131     +METRIS / DIRECT MERCHANTS,    WILLIAMSON AND BROWN, LLC,    4691 CLIFTON PKWY,
               HAMBURG, NY 14075-3201
517429803     +OCWEN Loan Servicing,    3451 Hammond Avenue,    Waterloo, IA 50702-5345
517429804      Stern & Einseberg,    1040 Kings Hwy N Ste 40,    Cherry Hill, NJ  08034-1908
517523829     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517572152     +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE UNDER P,    Attn: Cashiering Department,
               1661 Worthington Road, Ste 100,    West Palm Beach, FL 33409-6493
517449993     +U.S. Bank National Association,    Robertson, Anschutz, & Schneid, P.L.,    6409 Congress Ave.,,
               Suite 100,    Boca Raton, FL 33487-2853
517576171      US Bank Nation Association,    PO Box 24605,    West Palm Beach, FL 33416-4605
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 11 2019 00:56:08     U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2019 00:56:06     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517429799     +EDI: CAPITALONE.COM Jan 11 2019 05:23:00     Capital One Bank USA NA,    POB 30281,
               Salt Lake City, UT 84130-0281
517532785     +EDI: IRS.COM Jan 11 2019 05:23:00      Department of Treasury,    Internal Revenue Service,
               P O Box 7346,    Philadelphia, PA 19101-7346
517429801     +EDI: PHINAMERI.COM Jan 11 2019 05:23:00      GM Financial,   P.O. Box 181145,
               Arlington, TX 76096-1145
517581685      EDI: RESURGENT.COM Jan 11 2019 05:23:00      LVNV Funding, LLC,    c/o Resurgent Capital Services,
               PO BOX 10675,    Greenville, SC 29603-0675
517429805      EDI: TFSR.COM Jan 11 2019 05:23:00      Toyota Motor Credit Corp.,    5005 N River Blvd NE,
               Cedar Rapids, IA  52411-6634
517429806      EDI: USBANKARS.COM Jan 11 2019 05:23:00      US Bank NA,    60 Livingston Ave,
               Saint Paul, MN  55107-2292
517429807      EDI: VERIZONCOMB.COM Jan 11 2019 05:23:00      Verizon,    500 Technology Dr, Ste 300,
               Weldon Spring, MO  63304-2225
                                                                                               TOTAL: 9
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517429802*      Internal Revenue Service,    P.O. Box 2919236,    Kansas City, MO  64121-0000
517523831*     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2019 at the address(es) listed below:
```
              Aleisha Candace Jennings    on behalf of Creditor    US Bank National Association
               ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Harold N. Kaplan    on behalf of Creditor    US Bank National Association hkaplan@rasnj.com,
               informationathnk@aol.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2                Date Rcvd: Jan 10, 2019
                              Form ID: 148             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Jeanie D. Wiesner    on behalf of Debtor Walter  Coleman jwiesner@subranni.com, ecorma@subranni.com;cwild@subranni.com
          Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation rsolarz@kmllawgroup.com
          Steven P. Kelly    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, as Trustee under Pooling and Servicing Agreement dated as of September 1, 2006 MASTR Asset-Backed Securities Trust 2006-NC2 Mortgage Pass-Through Certificates, Series 2 skelly@sterneisenberg.com, bkecf@sterneisenberg.com
          Thomas J Subranni    on behalf of Debtor Walter  Coleman jwiesner@subranni.com, ecorma@subranni.com;dhoff@subranni.com;cwild@subranni.com;ecf@subranni.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                         TOTAL: 10